IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONALD M. BRAMBLETT,
    Plaintiff,

vs.           Case No.: 5:06cv105/MCR/EMT

FLORIDA PAROLE COMMISSION
and FLORIDA DEPARTMENT OF CORRECTIONS,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 11, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(b) for Plaintiff's failure to state a claim upon which relief may be granted.

**DONE AND ORDERED** this 31st day of August, 2006.

        _s/ M. Casey Rodgers_
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**